**L. R. POWELL, et al., v. WILLIAM R. HORNE; L. R. POWELL, JR., et al., v. B. F. MIZELL, et al.**

10 So. (2nd) 137          En Banc
October 23, 1942

Baxter & Clayton and Clark Gourley, for appellants.

John A. H. Murphree and Joe C. Jenkins, for appellees.

PER CURIAM:

After examination of the record in this cause all members of the court are of the opinion that the judgment of the lower court should be affirmed on the merits, but Messrs. Justices WHITFIELD, TERRELL and CHAPMAN are of the opinion that a further remittitur should be entered, therefore, the judgment is—

Affirmed.

BROWN, C. J., WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.